**Exhibit 101**

Internal Revenue Service
GLDS Support Services
Stop 211
PO Box 621506
Atlanta, GA 30362-3006

Re: Freedom of Information Act Request

To Lauri Takeguchi:

I am submitting a request under the Freedom of Information Act ("FOIA") for copies of the following documents and material to be provided to me:

On Thursday, June 30 2022, at 3:45 p.m. in San Juan, Puerto Rico, the IRS on behalf of the J5, hosted a press conference. In attendance were Simon York, Chief and Director of Her Majesty's Revenue and Customs (HRMC) Fraud Investigation Service, Will Day, Deputy Commissioner of the Australian Taxation Office, US Chief Jim Lee and OCIF Director Natalia Zequeira Diaz.

This press conference immediately followed another press conference held by OCIF that began at 3 PM. I already have a video recording of the first press conference.

Please provide any audio or video recordings of the second press conference, if they exist. Also, please provide a written transcript of everything said by the listed speakers during their prepared remarks, as well as any questions and answers with reporters who were in attendance.

Also, I would like a list of all reporters who were in attendance. I believe any in-person attendees registered with Justin Cole, email address Justin.Cole@ci.irs.gov. Plus, I would like the names and contact details of anyone who was sent a media alert related to this press conference. The IRS sent out a media alert about this conference on behalf of the J5 cover.

Also, I would like copies of any material related to this press conference that may have been posted to www.IRS.gov/J5.

Finally, I would like all email or text correspondences between the parties involved in the press conference that relate to arranging the press conference, or where the press conference was discussed, both before or after it occurred.

All of the information I am requesting are communication correspondences, which is non-exempt public information under FOIA. These correspondences were made between U.S. government employees and members of the media. None of the requested information is confidential or it would not have already been shared with reporters.

I request that you provide me with accurate copies, or a complete and accurate account of the information requested.

I understand that I can expect a response within twenty days of your receipt of this letter.  I prefer electronic copies of the documents, but if courier or overnight delivery is necessary, please contact me for delivery or pickup information.

I am willing to pay fees for this request with no limit. If you have any questions about processing this request, you may call me anytime at ███████████

Sincerely,

Peter Schiff ████████
22 The Estates
Dorado, Puerto Rico 00646