UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER DAVID SCHIFF,

        Plaintiff,

        v.

INTERNAL REVENUE SERVICE,

        Defendant.

Case No. 1:24-cv-2230 (TNM)

## ORDER

Upon consideration of the IRS's [18] Motion for Summary Judgment, Peter Schiff's [20] Cross-Motion for Summary Judgment, the associated briefings, the pleadings, and the relevant law, it is hereby

**ORDERED** that the IRS's [18] Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART; it is further

**ORDERED** that Schiff's [20] Cross Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART; it is further

**ORDERED** that the IRS shall, consistent with the Court's Memorandum Opinion, process Schiff's first FOIA request by releasing records previously withheld under Exemptions 5, 7(A), and 7(E); it is further

**ORDERED** that the IRS shall, consistent with Court's Memorandum Opinion, proceed with its search of Schiff's second FOIA request except with respect to item 20k and produce the requested documents.

This is a final, appealable order.  *See* Fed. R. App. P. 4(a).  The Clerk of Court is requested to close this case.

**SO ORDERED**.


Dated:  March 25, 2026                          _____

                                                TREVOR N. McFADDEN, U.S.D.J.