# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-5287** **September Term, 2026**

**1:24-cv-02230-TNM**

**Filed On: September 24, 2026**

Peter David Schiff,

Appellee

v.

Internal Revenue Service,

Appellant

**O R D E R**

Upon consideration of the stipulation to dismiss, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Francis A. Walter
Deputy Clerk